No. 600, Misc. BOWERS v. RUNDLE, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 611, Misc. MERRILL v. OREGON. Supreme Court of Oregon. Certiorari denied. *Walter H. Evans, Jr.* for petitioner.

No. 608, Misc. HAYES v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 614, Misc. SMITH v. RHAY, PENITENTIARY SUPERINTENDENT. Supreme Court of Washington. Certiorari denied.

No. 191, Misc. PERKINS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 387, Misc. DARNELL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *David I. Shapiro* and *Melvin L. Wulf* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome Nelson* for the United States.

No. 542, Misc. MIDGETT v. CLIFFORD ET AL. Motion to strike appendix "B" to the petition for writ of certiorari denied. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. *H. Clay Espey* for petitioner. *Albert J. Ahern, Jr.* and *Charles W. Halleck* for respondents.